# United States District Court
## Violation Notice

CVB Location Code: WW64

**Violation Number:** 6064424
**Officer Name (Print):** K. Buckley
**Officer No.:** 966

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 05/21/2019 1015
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32a(3)(i)

**Place of Offense:** Port Angeles Overlook Parking Lot

**Offense Description / Factual Basis for Charge:** False Information

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** (360) 670-8429
**Last Name:** Rossner II
**First Name:** Alen
**M.I.:** E
**Street Address:** [redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 280.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signature] A. Rossner

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 21, 2019 while exercising my duties as a law enforcement officer in the Western District of Washington.

_____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 05/21/2019   **Officer's Signature:** [signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident